THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD T. TIEKEN, | Case No. 2:20-cv-01287-RSM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS LONG TERM DISABILITY PLAN OF MCKINSEY & COMPANY, INC. AND MCKINSEY & COMPANY, INC., AS PLAN ADMINISTRATOR OF THE LONG TERM DISABILITY PLAN OF MCKINSEY & COMPANY, INC.** |
| FIRST UNUM LIFE INSURANCE COMPANY; LONG TERM DISABILITY PLAN OF MCKINSEY & COMPANY, INC.; AND MCKINSEY & COMPANY INC., as Plan Administrator of the Long Term Disability Plan of McKinsey & Company, Inc., | |
| Defendants. | |

The Court accepts and approves of Plaintiff Richard T. Tieken's and Defendant First Unum Life Insurance Company's stipulation under Federal Rule of Civil Procedure 41 dismissing without prejudice Defendant Long Term Disability Plan of McKinsey & Company, Inc. and Defendant McKinsey & Company, Inc., as Plan Administrator of the Long Term Disability Plan of McKinsey & Company, Inc.

Based upon the parties' stipulations, it is therefore ORDERED that:

(1) Defendant Long Term Disability Plan of McKinsey & Company, Inc. is dismissed without prejudice;

(2) Defendant McKinsey & Company, Inc., as Plan Administrator of the Long Term Disability Plan of McKinsey & Company, Inc. is dismissed without prejudice.

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO TWO DEFENDANTS
20:20-CV-01287-RSM - 1

100447.0197/8238791.1

**THE WOOD LAW FIRM, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA-98104
206.650.0765 FAX: 206.577-5380

(3) Defendant First Unum Life Insurance Company shall not be dismissed and remains a party defendant.

It is SO ORDERED this 22nd day of October, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

THE WOOD LAW FIRM, PLLC

By *s/ John W. Wood*
John W. Wood, WSBA #39120
john@woodfirm.com
Attorney for Plaintiff Richard T. Tieken


LANE POWELL PC

By: *s/ Per D. Jansen*
D. Michael Reilly, WSBA # 14674
Per D. Jansen, WSBA # 49966
ReillyM@LanePowell.com
JansenP@LanePowell.com
Attorneys for Defendant First Unum Life Insurance Company

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO TWO DEFENDANTS
20:20-CV-01287-RSM - 2
100447.0197/8238791.1

**THE WOOD LAW FIRM, PLLC**
800 FIFTH AVENUE, SUITE 4100
SEATTLE, WA-98104
206.650-0765 FAX: 206.577-5380