THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD T. TIEKEN, | ) | Case No. 2:20-cv-01287-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING STIPULATED** |
| | ) | **MOTION TO FILE** |
| FIRST UNUM LIFE INSURANCE | ) | **ADMINISTRATIVE RECORD** |
| COMPANY; LONG TERM DISABILITY | ) | **UNDER SEAL** |
| PLAN OF MCKINSEY & COMPANY, | ) | |
| INC.; AND MCKINSEY & COMPANY | ) | |
| INC., as Plan Administrator of the Long Term | ) | NOTED: NOVEMBER 25, 2020 |
| Disability Plan of McKinsey & Company, | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER having come before the Court on the parties' Stipulated Motion to File the Administrative Record Under Seal, and the Court having found good cause and compelling reasons for the requested relief,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Jointly File the Administrative Record Under Seal is hereby GRANTED and Defendant may file the administrative record under seal.

It is so Ordered.

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

DATED:  November 25, 2020.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL
CASE NO.: 2:20-CV-01287-RSM - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

*Presented by:*

THE WOOD LAW FIRM, PLLC

By s/*John W. Wood*
John W. Wood, WSBA # 39120
john@woodfirm.com
Attorneys for Plaintiff

LANE POWELL PC

By: s/ *Per D. Jansen*
D. Michael Reilly, WSBA # 14674
Per Jansen, WSBA # 49966
ReillyM@LanePowell.com
JansenP@LanePowell.com
Attorneys for Defendant First Unum Life Insurance Company

PROPOSED] ORDER GRANTING STIPULATED MOTION
TO FILE ADMINISTRATIVE. . .
CASE NO.: 2:20-CV-01287-RSM - 3
100447.0197/8267089.1