THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD T. TIEKEN, | ) | Case No. 2:20-cv-01287-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING STIPULATED** |
| | ) | **MOTION TO CONTINUE CASE** |
| FIRST UNUM LIFE INSURANCE | ) | **AND RESET RELEVANT** |
| COMPANY; LONG TERM DISABILITY | ) | **DEADLINES** |
| PLAN OF MCKINSEY & COMPANY, | ) | |
| INC.; AND MCKINSEY & COMPANY | ) | |
| INC., as Plan Administrator of the Long Term | ) | |
| Disability Plan of McKinsey & Company, | ) | |
| Inc., | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER having come before the Court on the parties' Stipulated Motion Continue, and the Court having found good cause and compelling reasons for the requested relief, the Court hereby orders:

1. The bench trial/hearing date for dispositive ERISA motions, currently set for August 2, 2021, is moved to September 15, 2021, beginning at 9:00 a.m. This bench trial date shall be held as a remote hearing. The pretrial deadlines as set forth in the Court's order of November 20, 2020, for this case are all extended by 30 days.

2. The parties shall attend mediation by June 11, 2021.

3. The bench trial hearing will address the parties' dispositive motions. In accordance with Local Civil Rule 7 (d)(3) & (k), the parties' cross-dispositive motions shall be

ORDER GRANTING STIPULATED MOTION TO CONTINUE . . .
CASE NO.: 2:20-CV-01287-RSM - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

filed by August 20, 2021. The parties will file consolidated response briefs by September 6, 2021. The dispositive motions shall have a page limit of 24 pages, and the consolidated response briefs shall have a page limit of 15 pages.

    4.    Any party seeking to introduce evidence outside the Administrative Record at the bench trial hearing shall file a motion requesting to do so, and such motion must be noted on or before July 15, 2021. Plaintiff reserves the right to seek to admit evidence from outside the Administrative Record, while Defendant opposes the entry of evidence from outside the Administrative Record and characterizes the hearing on the substantive motions as a "bench trial on the administrative record." The Court makes no ruling on this issue at this time.

IT IS SO ORDERED.

DATED this 18th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE . . .
CASE NO.: 2:20-CV-01287-RSM - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

*Presented by:*

THE WOOD LAW FIRM, PLLC

By s/*John W. Wood*
John W. Wood, WSBA # 39120
john@woodfirm.com
Attorneys for Plaintiff

LANE POWELL PC

By: s/ *Per D. Jansen*
D. Michael Reilly, WSBA # 14674
Per Jansen, WSBA # 49966
ReillyM@LanePowell.com
JansenP@LanePowell.com
Attorneys for Defendant First Unum Life Insurance Company

PROPOSED] ORDER GRANTING STIPULATED MOTION
TO CONTINUE. . .
CASE NO.: 2:20-CV-01287-RSM - 3

100447.0197/8355493.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107