UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD T. TIEKEN, | ) | Case No. 2:20-cv-01287-RSM |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATED MOTION AND DISMISSING CASE** |
| v. | ) ) | - CLERK'S ACTION REQUIRED - |
| FIRST UNUM LIFE INSURANCE COMPANY; LONG TERM DISABILITY PLAN OF MCKINSEY & COMPANY, INC.; AND MCKINSEY & COMPANY INC., as Plan Administrator of the Long Term Disability Plan of McKinsey & Company, Inc., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court has reviewed Plaintiff Richard T. Tieken's and Defendant First Unum Life Insurance Company's stipulation under Federal Rule of Civil Procedure 41 dismissing all claims and counterclaims with prejudice and without an award of fees or costs.

Based upon the parties' stipulation, it is therefore ORDERED that:

(1)    All claims, counterclaims, causes of action, and requests for relief raised by both parties are DISMISSED WITH PREJUDICE.  There will be no award of fees or costs to any party.

(2)    The case is DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to CLOSE the case.

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

It is SO ORDERED this 25th day of June, 2021.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

THE WOOD LAW FIRM, PLLC     LANE POWELL PC


By: *s/ John W. Wood*       By: *s/ Per D. Jansen*
John W. Wood, WSBA # 39120    D. Michael Reilly, WSBA # 14674
The Wood Law Firm, PLLC     Per D. Jansen, WSBA # 49966
800 Fifth Avenue, Suite 4100     1420 Fifth Avenue, Suite 4200
Seattle, WA 98104-3100      P.O. Box 91302
Tel:   206.650.0765       Seattle, WA 98111-9402
E-mail: john@woodfirm.com     Tel:   206.223.700
             Fax:   206.223.7107
Attorneys for Plaintiff Richard T. Tieken   E-mail: ReillyM@LanePowell.com
             E-mail: JansenP@LanePowell.com

Attorneys for Defendant First Unum Life
Insurance Company

ORDER GRANTING STIPULATED
MOTION AND DISMISSING CASE
20:20-CV-01287-RSM - 2
100447.0197/8461203.1